FILED
CLERK, U.S. DISTRICT COURT
NOV 14 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAVID W. SVETE,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>CERTAIN FCI TERMINAL ISLAND FEDERAL PRISON EMPLOYEES, et al.,<br><br>　　　　　Defendants. | Case No. CV 16-1928-MWF (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

Dated: Nov. 14, 2016

_____
Michael W. Fitzgerald
United States District Judge